IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JORGE RIVERA ALERS, et al.,

Plaintiffs

v.

HONORABLE CARMEN FELICIANO
DE MELECIO, et al.,

Defendants

CIVIL 97-2629 (SEC) (JA)

**ORDER**

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion for an Extension of Time, 9-22-99. | 46 | Granted. |

In San Juan, Puerto Rico, this 24th day of September, 1999.

JUSTO ARENAS
United States Magistrate Judge

