IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JORGE RIVERA ALERS, et al.,

Plaintiffs

v.                                                        CIVIL 97-2629 (SEC) (JA)

HONORABLE CARMEN FELICIANO
DE MELECIO, et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion to Dismiss the Complaint and the Cross Claim, 2-9-98. | 15 | Denied. |
| Motion to Dismiss the Complaint, 2-24-98. | 18 | Denied. |

In San Juan, Puerto Rico, this 19th day of November, 1999.

JUSTO ARENAS
United States Magistrate Judge



AO 72
(Rev 8/82)