IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JORGE RIVERA ALERS, et al.,

Plaintiffs

v.                                                                            CIVIL 97-2629 (SEC) (JA)

HONORABLE CARMEN FELICIANO
DE MELECIO, et al.,

Defendants

## ORDER

The jury trial in this case is set for April 18, 2000 at 9:30 a.m. and the pretrial conference is set for April 4, 2000 at 9:30 a.m.

In San Juan, Puerto Rico, this 7th day of February, 1999.

JUSTO ARENAS
United States Magistrate Judge