IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JORGE RIVERA ALERS, et al.,

Plaintiffs

v.

HONORABLE CARMEN FELICIANO
DE MELECIO, et al.,

Defendants

CIVIL 97-2629 (SEC) (JA)

**ORDER**

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion for Continuance of Trial Date, 02-24-00. | 53 | The pretrial and trial settings are vacated. The pretrial conference is reset for May 16, 2000 at 10:00 a.m. |
| Motion in Support of Co-defendants' Request, 03-02-00. | 54 | Noted. |



In San Juan, Puerto Rico, this 10th day of March, 2000.

JUSTO ARENAS
United States Magistrate Judge

s/ca. Jury Adm.
Chief Deputy
Operations Mgr.
Courtroom Deputy
Court Reporter
3/10/00

AO 72
(Rev 8/82)