IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JORGE RIVERA ALERS, et al.,

Plaintiffs

v.                                                    CIVIL 97-2629 (SEC) (JA)

HONORABLE CARMEN FELICIANO
DE MELECIO, et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion for Acceptance of Documents Pending Certified Translation, 03-24-00. | 57 | Granted. |

In San Juan, Puerto Rico, this 3rd day of April, 2000.

JUSTO ARENAS
United States Magistrate Judge