IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JORGE RIVERA ALERS, et al.,

Plaintiffs

v.                                                     CIVIL 97-2629 (SEC)(JA)

HONORABLE CARMEN FELICIANO
DE MELECIO, et al.,

Defendants

### ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion for Rendering Documents in Spanish Pending Translation, 04-14-00. | 62 | Granted. |
| Motion for an Extension of Time, 04-17-00. | 63 | Granted. |

In San Juan, Puerto Rico, this 25th day of April, 2000.

JUSTO ARENAS
United States Magistrate Judge



AO 72
(Rev 8/82)