# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE JUSTO ARENAS

DATE: May 10, 2000
CIVIL 97-2629 (SEC)(JA)

ATTORNEY

JORGE RIVERA ALERS, et al.

v.

HONORABLE CARMEN FELICIANO
DE MELECIO, et al.

The pretrial conference scheduled for May 16, 2000 is reset for May 31, 2000 at 9:30 a.m.

Minutes to be notified.



