IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JORGE RIVERA ALERS, et al.,

Plaintiffs

v.                                      CIVIL 97-2629 (SEC) (JA)

HONORABLE CARMEN FELICIANO
DE MELECIO, et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion for a Second Extension of Time, 05-03-00. | 65 | Granted. |
| Motion to Vacate Pretrial Conference and for a Stay of Proceedings, 05-11-00. | 67 | Granted. Proceedings are stayed. |

In San Juan, Puerto Rico, this 15th day of May, 2000.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)