IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JORGE RIVERA ALERS, et al.,

Plaintiffs

v.                                                              CIVIL 97-2629 (SEC) (JA)

HONORABLE CARMEN FELICIANO
DE MELECIO, et al.,

Defendants

## ORDER

Parties are to notify if there is a viable expectation of settlement.

In San Juan, Puerto Rico, this 20th day of June, 2000.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev. 8/82)