IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JORGE RIVERA ALERS, et al.,

Plaintiffs

v.                                            CIVIL 97-2629 (SEC) (JA)

HONORABLE CARMEN FELICIANO
DE MELECIO, et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion to Withdraw Legal Representation, 08-02-00. | 75 | Granted. |

In San Juan, Puerto Rico, this 7th day of August, 2000.

JUSTO ARENAS
United States Magistrate Judge