IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JORGE RIVERA ALERS, et al.,

Plaintiffs

v.                                                          CIVIL 97-2629 (SEC) (JA)

HONORABLE CARMEN FELICIANO
DE MELECIO, et al.,

Defendants

## ORDER

This case is set for trial on November 20, 2000 at 9:00 a.m. and the pretrial conference is set for November 9, 2000 at 9:30 a.m.

In San Juan, Puerto Rico, this 6th day of October, 2000.

JUSTO ARENAS
United States Magistrate Judge