
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JORGE RIVERA ALERS et al.
    Plaintiffs

v.

HON. CARMEN FELICIANO DE MELECIO
et al.
    Defendants

CIVIL NO. 97-2629(SEC)(JA)

ORDER

In view of the parties' confidential settlement agreement of November 6, 2000, the jury trial setting of November 20, 2000 is left without effect. The agreement is approved. The Clerk will enter judgment in accordance with that agreement, dismissing the case with prejudice, and without the imposition of costs or attorneys fees.

The parties' motion of November 6, 2000 to file under seal is granted.

In San Juan, Puerto Rico, this 8th day of November, 2000.

JUSTO ARENAS
United States Magistrate Judge

