IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JORGER RIVERA ALERS, et al

    Plaintiffs

vs.                          CIVIL NO. 97-2629 (SEC/JA)

HON. CARMEN FELICIANO DE
MELECIO, et al

    Defendants

## JUDGMENT

The Court, through the Honorable Magistrate Judge Justo Arenas, has entered an Order approving the Sealed Confidential Settlement Agreement filed on November 6, 2000. WHEREFORE, it is hereby

ORDERED and ADJUDGED that said Agreement be and is hereby binding between the parties. FURTHER, it is

ORDERED and ADJUDGED that said Agreement be and it is hereby made part of this judgment as though set for <u>in extenso</u>. FURTHER, it is

ORDERED and ADJUDGED that no costs or attorney's fees be imposed. FURTHER, it is

ORDERED and ADJUDGED that the complaint be and it is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 16th of November, 2000.

                                              FRANCES RIOS DE MORAN
                                              Clerk of the Court

                          By: _____
                                         Brenda Gonzalez-De la Concha
                                         Magistrate Courtroom Deputy