IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JORGE RIVERA ALERS, et al.,

Plaintiffs

v.                                              CIVIL 97-2629 (SEC)(JA)

HONORABLE CARMEN FELICIANO
DE MELECIO, et al.,

Defendants

<u>O R D E R</u>

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion for Withdrawal of Funds, 12-20-00. | 83 | Granted. |

In San Juan, Puerto Rico, this 16th day of January, 2001.

JUSTO ARENAS
United States Magistrate Judge

c: Finance
1-24-01

AO 72
(Rev 8/82)